| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | **Order Filed on September 28, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Wyckoff Equities, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-16874(JKS)<br><br>Hearing Date: Sept. 26, 2023 at 10:00 a.m.<br><br>Judge: John K. Sherwood |

## ORDER OF DISMISSAL

The relief set forth on the following page(s) numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: September 28, 2023**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Wyckoff Equities, LLC
Chapter 11 Case No.:  23-16874(JKS)
**Order of Dismissal**

---

Upon consideration of the Court's Order to Show Cause Why Case Should Not Be Dismissed For Failure to File Documents or Extend Time (docket entry 10) (the "Order to Show Cause"), and the Court having considered the comments and positions of counsel in attendance at the hearing held on September 26, 2023 at 10:00 AM (the "September 26th Hearing") as well as the record in this case, and notice of the Order to Show Cause having been given to the Debtor, Debtor's Counsel, and parties in interest, and the Court having found cause for the entry of the within Order, and the Court having further found that entry of the within Order is in the best interest of creditors and the bankruptcy estate, and for the reasons set forth on the record at the September 26th Hearing, it is hereby **ORDERED AS FOLLOWS**:

1. That the chapter 11 case of Wyckoff Equities, LLC, case number 23-16874(JKS), is hereby DISMISSED and any discharge that was granted is vacated.  All outstanding fees to the Court that are due and owing must be paid within 7 days of the date of this Order.

2. That the filing of any and all outstanding monthly operating reports through the date of this Order shall be brought current within 30 days of the entry of this Order; the U.S. Trustee reserves all rights including but not limited to filing a motion to reopen the case and to convert the case to chapter 7.

3. That the Court shall retain jurisdiction of this Bankruptcy Case to hear and allow any and all applications for compensation by retained professionals and the subchapter v trustee, Sam Della Fera, Jr., Esq. (the "Subchapter V Trustee").

**(Page 3)**
Wyckoff Equities, LLC
Chapter 11 Case No.: 23-16874(JKS)
**Order of Dismissal**

---

    4. That the appointment of the Subchapter V Trustee in the case of Wyckoff Equities, LLC, case number 23-16874(JKS), is hereby terminated.

    Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this Order.